[Nos. 67123-5-I; 67124-3-I.   Division One.   September 17, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. SHANE LEWIS WATSON, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 03-1-02328-5, Ronald L. Castleberry, J., entered April 25, 2011. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Spearman, A.C.J., and Schindler, J.

[No. 67177-4-I.   Division One.   September 17, 2012.]

DANIEL C. PETERSON ET AL., *Appellants*, v. CITIBANK, NA, *as Trustee*, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 10-2-41583-1, Susan J. Craighead, J., entered April 22, 2011. *Affirmed* by unpublished opinion per Dwyer, J., concurred in by Grosse and Cox, JJ.

[No. 67203-7-I.   Division One.   September 17, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN PETER CALENE, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 10-1-00906-2, Steven J. Mura, J., entered May 24, 2011. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Schindler, J., concurred in by Becker and Cox, JJ.

[No. 67236-3-I.   Division One.   September 17, 2012.]

SKAGIT D06, LLC, *Appellant*, v. THE GROWTH MANAGEMENT HEARINGS BOARD ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 10-2-31288-9, Cheryl B. Carey, J., entered May 6, 2011. *Affirmed* by unpublished opinion per Cox, J., concurred in by Grosse and Dwyer, JJ.